IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REVOCATION
### COURT MINUTES - CRIMINAL

United States of America,

          Plaintiff,

v.

James Torron Lusbourgh,

          Defendant.

BEFORE: David T. Schultz
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 16-cr-352 DSD/LIB |
| Date: | April 21, 2023 |
| Video Conference | |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 2:36 p.m. |
| Time in Court: | 6 minutes |

APPEARANCES:

Plaintiff: Angela Munoz, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Public Defender
        X FPD        X To be appointed

Date Charges Filed: 4/14/2023         Offense: multiple failures to appear for drug testing; unsuccessfully discharged from drug treatment

X Advised of Rights

on     Violation of  X Supervised Release

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Tuesday, April 25, 2023  at 10:30 a.m. before U.S. Magistrate Judge Elizabeth Cowan Wright, CR 3C STP  for:
  X Detention hrg      X Preliminary Revocation

and

Next appearance date is TBD before U.S. District Judge David S. Doty, CR 14W Mpls for:
  X Final Revocation

Additional Information:
X Defendant consents to this hearing via video conference.

                                                                                           s/ jam
                                                                 Signature of Courtroom Deputy